**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   Argent Energy (Canada) Holdings, Inc.

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __

   ☒ Other __82735 9647 RC0001__. Describe identifier __Business Number__.

   For individual debtors:

   ☐ Social Security number: xxx – xx– __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   FTI Consulting Canada Inc.

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Proceeding under the Canadian Companies' Creditors Arrangement Act before the Court of Queen's Bench of Alberta, Judicial Centre of Calgary, Canada

5. **Nature of the foreign proceeding**

   Check one:

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☒ Yes

---

Official Form 401                 Chapter 15 Petition for Recognition of a Foreign Proceeding                 page 1

Debtor   Argent Energy (Canada) Holdings, Inc.   Case number (if known) _____
          Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

4500 Bankers Hall East, 855-2nd St. S.W.
Number    Street

P.O. Box

Calgary, Alberta, T2P 4K7
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

**Address of foreign representative(s):**

440 2nd Avenue SW, Suite 720
Number    Street

P.O. Box
Calgary, AB, T2P 5E9
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**   www.argentenergytrust.com

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor: Argent Energy (Canada) Holdings, Inc.

Case number (if known): _____

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

Debtor's nerve center is in Canada, but the Debtor has assets in the Southern District of Texas

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

x _[signature]_
Signature of foreign representative

Deryck Helkaa, FTI Consulting Canada Inc.
Printed name

Executed on 02/17/2016
MM / DD / YYYY

x _____
Signature of foreign representative

_____
Printed name

Executed on _____
MM / DD / YYYY

**14. Signature of attorney**

x _[signature]_   Date 02/17/2016
Signature of Attorney for foreign representative    MM / DD / YYYY

William R. Greendyke

Printed name
Norton Rose Fulbright US LLP

Firm name
1301 McKinney, Suite 5100
Number    Street
Houston
City

Texas, 77010
State    ZIP Code

713-651-5151
Contact phone

william.greendyke@nortonrosefulbright.com
Email address

State Bar No. 08390450
Bar number

Texas
State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3